IN THE COMMONWEALTH COURT OF PENNSYLVANIA

H. Edwin Rodrock,                      :
                    Appellant         :
                                      :
        v.                            :        No. 998 C.D. 2017
                                      :
Commonwealth of Pennsylvania,         :
Public Utility Commission             :

## **O R D E R**

NOW, February 27, 2019, having considered appellee's application for reargument and appellant's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge